No. 82–469. FIKE, EXECUTRIX, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 82–475. NORTHERN ELECTRIC CO., A DIVISION OF SUNBEAM CORP. *v.* HARRELL. C. A. 5th Cir. Certiorari denied.

No. 82–499. COLE *v.* WESTINGHOUSE BROADCASTING CO., INC., ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 82–517. VOLVO PENTA OF AMERICA *v.* KENNEDY ET AL. Sup. Ct. Wash. Certiorari denied.

No. 82–520. BEERY *v.* TURNER. C. A. 10th Cir. Certiorari denied.

No. 82–525. M. W. ZACK METAL CO. *v.* INTERNATIONAL NAVIGATION CORPORATION OF MONROVIA ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–533. AVCO CORP. *v.* PRECISION AIR PARTS, INC. C. A. 11th Cir. Certiorari denied.

No. 82–536. BERGER *v.* BERGER. Super. Ct. N. J., App. Div. Certiorari denied.

No. 82–537. JOLLY *v.* LISTERMAN, REGIONAL REPRESENTATIVE, BUREAU OF RETIREMENT AND SURVIVORS, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 82–542. OHIO EX REL. EARNHART *v.* OHIO POWER SITING BOARD ET AL. Sup. Ct. Ohio. Certiorari denied.